■ VICKI BOWES, Individually and as Parent and Natural Guardian of CHELSEA BOWES, Formerly Known as CHELSEA CANNON, an Infant, Appellant, v THOMAS NOONE, M.D., et al., Respondents, et al., Defendants. (Appeal No. 3.) [748 NYS2d 76] —Appeal from a judgment of Supreme Court, Niagara County (Lane, J.), entered February 6, 2001, which dismissed the complaint against defendants Thomas Noone, M.D. and Great Lakes Emergency Physicians, P.C. upon a jury verdict in favor of defendants.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same Memorandum as in *Bowes v Noone* ([appeal No. 2] 298 AD2d 859). Present—Green, J.P., Wisner, Scudder, Burns and Gorski, JJ.

■ VICKI BOWES, Individually and as Parent and Natural Guardian of CHELSEA BOWES, Formerly Known as CHELSEA CANNON, an Infant, Appellant, v THOMAS NOONE, M.D., et al., Defendants, and NAZIR GILKAR, M.D., Respondent. (Appeal No. 4.) [748 NYS2d 76] —Appeal from a judgment of Supreme Court, Niagara County (Lane, J.), entered February 2, 2001, which dismissed the complaint against defendant Nazir Gilkar, M.D. upon a jury verdict in favor of defendants.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same Memorandum as in *Bowes v Noone* ([appeal No. 2] 298 AD2d 859). Present—Green, J.P., Wisner, Scudder, Burns and Gorski, JJ.